**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW MEXICO**

ROSANGELA ROGERS,

      Plaintiff,

v.                                    No. 1:25-cv-1177-KG-KK

WALMART SUPER CENTER, and
WALMART INC.,

      Defendants.

**ORDER OF DISMISSAL WITH PREJUDICE**

THIS MATTER having come before the Court through Plaintiff Rosangela Rogers and Defendants Walmart Inc.'s Joint Motion for Dismissal with Prejudice, and the Court being fully informed of the premises, FINDS that the Motion is well taken and should be granted.

IT IS HEREBY ORDERED ADJUDGED and DECREED that Plaintiff's Complaint and all claims made or which could have been made by Plaintiff against Defendant are hereby dismissed with prejudice, with each party bearing their own costs and attorney's fees.

                /s/Kenneth J. Gonzales
                CHIEF UNITED STATES DISTRICT JUDGE

- Please note that this document has been electronically filed. To verify its authenticity, please refer to the Digital File Stamp on the NEF (Notice of Electronic Filing) accompanying this document. Electronically filed documents can be found on the Court's PACER public access system.

**APPROVED:**

MODRALL, SPERLING, ROEHL, HARRIS
   & SISK, P.A.

By: */s/ Jeremy K. Harrison*
Jeremy K. Harrison
Damon M. Nieto
500 Fourth Street NW, Suite 1000
Albuquerque, New Mexico  87102
Telephone: 505.848.1800
jeremy.harrison@modrall.com
damon.nieto@modrall.com

*Attorneys for Defendant Walmart*

**HUDSON INJURY LAW**
Damon J. Hudson
7 Avenida Vista Grande, Ste B7,PMB 265,
Santa Fe, NM, 87508
(505) 416-4150
damon@hudsoninjurylaw.com

and

**LAW OFFICE OF DENNIS MURPHY, LLC**

*/s/ Via email 6/8/26 by Dennis Murphy*
Dennis P. Murphy
308 Caton Street
Santa Fe, NM 87501
505-983-7527
dennis@dmurphysf.com

*Counsel for Plaintiff*

2